JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOKIO MARINE AMERICA INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UPS OCEAN FREIGHT SERVICES, INC.; and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 2:21-cv-05407-AB-ADS<br><br>**ORDER DISMISSING CIVIL ACTION** |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: December 19, 2022

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.